UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

BRIAN DAVID AYALA VILLANUEVA, )
)
Petitioner )
) Case No. 3:25-cv-00532-SLH-KAP
v. )
)
KRISTI NOEM, *et al.*, )
)
Respondents )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(i), Petitioner voluntarily dismisses this action.

Dated: January 15, 2026

Respectfully submitted,

*/s/ Kevin Hirst*
KEVIN HIRST
Blessinger Legal, PLLC
7389 Route 29, Suite 320
Falls Church, VA 22042
Tel: (703)738-4248
Email: khirst@blessingerlegal.com

*Counsel for Petitioner*

AND NOW, this 15th day of January, 2026,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE